**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOHNNY A. RUCKER,                                                                                          PETITIONER
ADC #102096

v.                                              4:11-cv-00405-JMM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                              RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. Rucker's Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED with prejudice.

2. A certificate of appealability is denied.

SO ORDERED this 7th day of February, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE