## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHNNY A. RUCKER,                                                                                        PETITIONER
ADC #102096

v.                                              4:11-cv-00405-JMM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED this 7th day of February, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE